SOLOMON FARRIS v. THE LEBANON NATIONAL BANK OF NEW YORK. FRANCIS M. FERRARI v. FIRST NATIONAL BANK OF CONNELLSVILLE, PENN.— Motion granted, the brief of the appellant First National Bank of Connellsville, Penn., to be served on the respondent Solomon Farris ten days before the appeal is reached for argument, and with leave to said respondent to file a supplemental brief in reply thereto. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE O'NEIL.— Motion granted so far as to enlarge the time for the appellant to file the record on appeal and the appellant's points to and including February 4, 1927, with notice of argument for March 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS B. HESSELBROCK v. DETMER WOOLEN COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM HERRMANN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another, Respondents, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

IVAN NIKOLAEVICH DOUNAEFF, Respondent, v. OLGA I. HOPPE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALFRED TROISE, Respondent, v. THE YORKSHIRE INSURANCE CO., LTD., Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MURRAY J. HELLER, Respondent, v. HAROLD BAYER and Others, Appellants.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM F. CLARE, as Executor, etc., of LAURENCE CURNEN, Deceased, Appellant, v. AGNES G. DUNNE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of WARD B. CHAMBERLIN, as Successor Trustee under the Last Will and Testament of ANNE BISHOP, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents on the authority of *Matter of White* (213 App. Div. 82); *Matter of Bump* (234 N. Y. 60) and *Farmers' Loan & Trust Co. v. Callan* (218 App. Div. 832).

HARRY I. HENNING, Appellant, v. NEW YORK CATHOLIC PROTECTORY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.